# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

v.                                            Case No. 5:19cr40-TKW-MJF

**JORGE BAEZA-VARGAS,**

    **Defendant.**
_____/

## **ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the magistrate judge's Report and Recommendation (Doc. 31), to which there have been no timely objections, and subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, Defendant's plea of guilty to Count I of the Indictment is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**DONE and ORDERED** this 12th day of August, 2019.

                                          *T. Kent Wetherell, II*
                                          **T. KENT WETHERELL, II**
                                          **UNITED STATES DISTRICT JUDGE**